UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-9-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERMAINE PIERRE THOMAS, | ) | |
| Defendant. | ) | |

By order of March 7, 2011, [DE-106], the undersigned directed the defendant, Jermaine Pierre Thomas, on or before March 29, 2011, to file "his statement of the factual basis for his claim that his sentence resulted from an investigation by Robeson County Sheriff's deputies who were convicted in federal court as a result of Operation Tarnished Badge." Thomas was specifically cautioned that his failure to do so would result in the dismissal of his Motion to Discontinue Sentence [DE-105] as frivolous.

As of the date hereof, Thomas has filed no response to the court's order. Accordingly, it hereby is ORDERED that Thomas's Motion to Discontinue Sentence [DE-105] is DISMISSED as frivolous.

SO ORDERED.

This, the 14th day of April, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge